IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOU BRODER & PAULA BRODER,** *H/W* <br><br> v. <br><br> **UNITED STATES OF AMERICA** | **CIVIL ACTION** <br><br> **NO. 22-37** |

# FINAL JUDGMENT

**AND NOW**, this 15th day of December, 2022, for the reasons stated in the foregoing Memorandum of Decision, final judgement is entered in favor of Defendant United States of American and against Plaintiffs Lou & Paula Broder, with each party to bear its own costs. The Clerk shall mark this case **CLOSED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 22\22-37 Broder et al v. USA\21cv37 Final Judgment.doc